Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  19−22139−JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Michael D Stanton
1997 Kingsford Lane
Atco, NJ 08004

Michelle C Stanton
1997 Kingsford Lane
Atco, NJ 08004

Social Security No.:
xxx−xx−4361

xxx−xx−7285

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on December 5, 2019.

On February 20, 2020 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Jerrold N. Poslusny Jr. on:

Date:              April 1, 2020
Time:              09:00 AM
Location:          4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: February 20, 2020
JAN: eag

Jeanne Naughton
Clerk

```
                           United States Bankruptcy Court
                                District of New Jersey

In re:                                                       Case No. 19-22139-JNP
Michael D Stanton                                            Chapter 13
Michelle C Stanton
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-1          User: admin              Page 1 of 2         Date Rcvd: Feb 20, 2020
                              Form ID: 185             Total Noticed: 54


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 22, 2020.
db/jdb         +Michael D Stanton,    Michelle C Stanton,    1997 Kingsford Lane,    Atco, NJ 08004-1761
518308546       ARS National Services,    1643 NW 13th Ave Ste 100,    City of Sunrise, FL 33313
518308544       Advanced EMT,    PO Box 95000,    Philadelphia, PA 19195-0001
518308545       Apex Asset management,    PO Box 5407,    Lancaster, PA 17606-5407
518308552      +Carecentrix,    PO Box 277947,    Atlanta, GA 30384-7947
518385257       Commercial Acceptance Co.,    2300 Gettysburg Rd Ste 102,    Camp Hill, PA 17011-7303
518399945       Emergency Physician Associate of South Jersey, PC,    PO Box 1123,    Minneapolis MN 55440-1123
518308555       Financial Recoveries,    200 E Park Dr Ste 100,    Mount Laurel, NJ 08054-1297
518385258     ++GC SERVICES LIMITED PARTNERSHIP,    6330 GULFTON,    HOUSTON TX 77081-1198
               (address filed with court: GC Services Limited Partnership,    6330 Gulfton St,
                 Houston, TX 77081-1108)
518308556      +HRRG,    PO Box 5406,    Cincinnati, OH 45273-0001
518308557       I C Systems Collections,    PO Box 64378,    Saint Paul, MN 55164-0378
518308559       Lanzi and Burke,    1630 Route 322 Unit A,    Swedesboro, NJ 08085-3701
518308560       Lourdes Health Systems,    PO Box 822099,    Philadelphia, PA 19182-2099
518356780       MRS Associates,    1930 Olney Ave,    Cherry Hill, NJ 08003-2016
518356781       NJ EZ Pass Violations Processing Centre,    PO Box 4971,    Trenton, NJ 08650-4971
518356782       Philadelphia Parking Authority,    Red Light Camera Program,    PO Box 597,
                 Baltimore, MD 21203-0597
518308563       Pressler Felt and Warshaw,    7 Entin Rd,    Parsippany, NJ 07054-5020
518385259       Receivable Management Solutions,    95 Argonaut Ste 200,    Aliso Viejo, CA 92656-4147
518308564      +Receivables Management partners,    PO Box 20508,    Indianapolis, IN 46220-0508
518308565       Relieve us,    813 E Gate Dr Ste B,    Mount Laurel, NJ 08054-1238
518308566       Remex,    307 Wall St,    Princeton, NJ 08540-1515
518308567      +Rickart Collections Systems,    575 Milltown Rd,    New Brunswick, NJ 08902-3336
518308570    ++++SPECIALIZED LOAN SERVICING,    PO BOX 266005,    LITTLETON CO 80163-6005
               (address filed with court: Specialized Loan Servicing,    PO Box 266005,
                 Littleton, CO 80163-6005)
518308568       South Jersey Gas,    PO Box 6091,    Bellmawr, NJ 08099-6091
518308569       South Jersey Radiology,    PO Box 1710,    Voorhees, NJ 08043-7710
518417626      +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129-2386
518385260       Terminix,    PO Box 742592,    Cincinnati, OH 45274-2592
518308572       Urgent Care Berlin,    PO Box 4142,    Lancaster, PA 17604-4142
518308574       Virtua Center for Surgery,    PO Box 780857,    Philadelphia, PA 19178-0857
518407150      +Virtua Health - WJ,    Attn Apex Asset Management, LLC,    PO Box 5407,
                 Lancaster, PA 17606-5407
518385262     ++WEST JERSEY ANESTHESIA ASSOCIATES PA,    1000 WHITE HORSE ROAD SUITE 204,
                 VOORHEES NJ 08043-4408
               (address filed with court: West Jersey Anesthesia Associates,    102 Centre Blvd Ste E,
                 Marlton, NJ 08053-4129)
518385261       Waypoint Resource Group,    PO Box 8588,    Round Rock, TX 78683-8588
518385263       Westgate Resorts,    2801 Old Winter Garden Rd,    Ocoee, FL 34761-2965

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Feb 21 2020 01:48:21      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 21 2020 01:48:17      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
518308547       E-mail/Text: bankruptcy@pepcoholdings.com Feb 21 2020 01:47:55
                 Atlantic City Electric Company,    Mail Stop 84CP42,    5 Collins Dr Ste 2133,
                 Carneys Point, NJ 08069-3600
518308548       E-mail/Text: bankruptcy@bbandt.com Feb 21 2020 01:47:53      BB&T,    PO Box 1847,
                 Wilson, NC 27894
518308549       E-mail/Text: EBN_Greensburg@Receivemorermp.com Feb 21 2020 01:49:27
                 Berks Credit and Collections,    900 Corporate Dr,    Reading, PA 19605-3340
518308550       E-mail/Text: clientrep@capitalcollects.com Feb 21 2020 01:49:23      Capital Collections,
                 PO Box 150,    West Berlin, NJ 08091-0150
518334144      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 21 2020 02:05:45
                 Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
518308551       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 21 2020 01:54:54       Capital One Bank USA,
                 PO Box 30281,    Salt Lake City, UT 84130-0281
518385256      +E-mail/Text: mediamanagers@clientservices.com Feb 21 2020 01:47:26       Client Services,
                 3451 Harry S Truman Blvd,    Saint Charles, MO 63301-9816
518308553      +E-mail/Text: ering@cbhv.com Feb 21 2020 01:48:15      Collection Bureau of the Hudson Valley,
                 155 N Plank Rd,    Newburgh, NY 12550-1748
518308554       E-mail/Text: mrdiscen@discover.com Feb 21 2020 01:47:30      Discover Financial,    PO Box 15316,
                 Wilmington, DE 19850-5316
518319295       E-mail/Text: mrdiscen@discover.com Feb 21 2020 01:47:30      Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH 43054-3025
518308558       E-mail/Text: bncnotices@becket-lee.com Feb 21 2020 01:47:38      Kohls,    PO Box 3115,
                 Milwaukee, WI 53201-3115
```

```
District/off: 0312-1          User: admin              Page 2 of 2               Date Rcvd: Feb 20, 2020
                              Form ID: 185             Total Noticed: 54
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

```
518308562       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 21 2020 02:16:54
                  Portfolio Recovery Associates LLC,    120 Corporate Blvd Ste 100,    Norfolk, VA  23502-4962
518308561       E-mail/PDF: gecsedi@recoverycorp.com Feb 21 2020 01:54:46      PayPal Credit,    PO Box 71202,
                  Charlotte, NC  28272-1202
518356783      +E-mail/Text: bkrpt@retrievalmasters.com Feb 21 2020 01:48:16
                  Retrieval Masters Credit Bureau,    4 Westchester Plz Ste 110,    Elmsford, NY 10523-1616
518324340      +E-mail/PDF: gecsedi@recoverycorp.com Feb 21 2020 01:54:07      Synchrony Bank,
                  c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
518308571       E-mail/Text: tax@waterfordtwp.org Feb 21 2020 01:48:58      Township of Waterford,
                  2131 Auburn Ave,    Atco, NJ  08004-1900
518414961      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 21 2020 02:05:44       Verizon,
                  by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
518308573       E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Feb 21 2020 01:47:14
                  Verizon Wireless,   PO Box 650051,    Dallas, TX  75265-0051
518328330      +E-mail/Text: tax@waterfordtwp.org Feb 21 2020 01:48:59      Waterford Township Utility,
                  2131 Auburn Avenue,    Atco, NJ 08004-1995
                                                                                              TOTAL: 21

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 22, 2020                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 20, 2020 at the address(es) listed below:

```
              Denise E. Carlon    on behalf of Creditor    Specialized Loan Servicing LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
              Jennifer R. Gorchow    on behalf of Trustee Isabel C. Balboa jgorchow@standingtrustee.com
              Moshe  Rothenberg    on behalf of Joint Debtor Michelle C Stanton moshe@mosherothenberg.com,
               alyson@mosherothenberg.com;ajohn880@gmail.com
              Moshe  Rothenberg    on behalf of Debtor Michael D Stanton moshe@mosherothenberg.com,
               alyson@mosherothenberg.com;ajohn880@gmail.com
              Rebecca Ann Solarz    on behalf of Creditor    Specialized Loan Servicing LLC
               rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 7
```