Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

                Case No.:  19−22139−JNP
                Chapter:  13
                Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Michael D Stanton                                  Michelle C Stanton
   1997 Kingsford Lane                            1997 Kingsford Lane
   Atco, NJ 08004                                        Atco, NJ 08004

Social Security No.:
   xxx−xx−4361                                            xxx−xx−7285

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
    Debtor and Joint Debtor was entered on April 13, 2020.

    Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: April 14, 2020
JAN: kvr

                                                                                  Jeanne Naughton
                                                                                  Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 19-22139-JNP
Michael D Stanton                                                     Chapter 13
Michelle C Stanton
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 2              Date Rcvd: Apr 14, 2020
                              Form ID: 148             Total Noticed: 54

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 16, 2020.
```
db/jdb         +Michael D Stanton,    Michelle C Stanton,    1997 Kingsford Lane,    Atco, NJ 08004-1761
518308546       ARS National Services,    1643 NW 13th Ave Ste 100,    City of Sunrise, FL 33313
518308544       Advanced EMT,    PO Box 95000,    Philadelphia, PA 19195-0001
518308545       Apex Asset management,    PO Box 5407,    Lancaster, PA 17606-5407
518308552      +Carecentrix,   PO Box 277947,    Atlanta, GA 30384-7947
518385257       Commercial Acceptance Co.,    2300 Gettysburg Rd Ste 102,    Camp Hill, PA 17011-7303
518399945       Emergency Physician Associate of South Jersey, PC,    PO Box 1123,    Minneapolis MN 55440-1123
518308555       Financial Recoveries,    200 E Park Dr Ste 101,    Mount Laurel, NJ 08054-1297
518385258     ++GC SERVICES LIMITED PARTNERSHIP,    6330 GULFTON,    HOUSTON TX 77081-1198
               (address filed with court: GC Services Limited Partnership,     6330 Gulfton St,
                 Houston, TX 77081-1108)
518308556      +HRRG,    PO Box 5406,   Cincinnati, OH 45273-0001
518308559       Lanzi and Burke,    1630 Route 322 Unit A,    Swedesboro, NJ 08085-3701
518308560       Lourdes Health Systems,    PO Box 822099,    Philadelphia, PA 19182-2099
518356780       MRS Associates,    1930 Olney Ave,    Cherry Hill, NJ 08003-2016
518356781       NJ EZ Pass Violations Processing Centre,    PO Box 4971,    Trenton, NJ 08650-4971
518356782       Philadelphia Parking Authority,    Red Light Camera Program,    PO Box 597,
                 Baltimore, MD 21203-0597
518308563       Pressler Felt and Warshaw,    7 Entin Rd,    Parsippany, NJ 07054-5020
518385259       Receivable Management Solutions,    95 Argonaut Ste 200,    Aliso Viejo, CA 92656-4147
518308564      +Receivables Management partners,    PO Box 20508,    Indianapolis, IN 46220-0508
518308565       Relieve us,    813 E Gate Dr Ste B,    Mount Laurel, NJ 08054-1238
518308566       Remex,   307 Wall St,    Princeton, NJ 08540-1515
518308567      +Rickart Collections Systems,    575 Milltown Rd,    New Brunswick, NJ 08902-3336
518308570   ++++SPECIALIZED LOAN SERVICING,    PO BOX 266005,    LITTLETON CO 80163-6005
               (address filed with court: Specialized Loan Servicing,     PO Box 266005,
                 Littleton, CO 80163-6005)
518308568       South Jersey Gas,    PO Box 6091,    Bellmawr, NJ 08099-6091
518308569       South Jersey Radiology,    PO Box 1710,    Voorhees, NJ 08043-7710
518417626      +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129-2386
518385260       Terminix,   PO Box 742592,    Cincinnati, OH 45274-2592
518308572       Urgent Care Berlin,    PO Box 4142,    Lancaster, PA 17604-4142
518308574       Virtua Center for Surgery,    PO Box 780857,    Philadelphia, PA 19178-0857
518407150      +Virtua Health - WJ,    Attn Apex Asset Management, LLC,    PO Box 5407,
                 Lancaster, PA 17606-5407
518385262     ++WEST JERSEY ANESTHESIA ASSOCIATES PA,    1000 WHITE HORSE ROAD SUITE 204,
                 VOORHEES NJ 08043-4408
               (address filed with court: West Jersey Anesthesia Associates,     102 Centre Blvd Ste E,
                 Marlton, NJ 08053-4129)
518385261       Waypoint Resource Group,    PO Box 8588,    Round Rock, TX 78683-8588
518385263       Westgate Resorts,    2801 Old Winter Garden Rd,    Ocoee, FL 34761-2965

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Apr 15 2020 01:33:12      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 15 2020 01:33:07      United States Trustee,
                 Office of the United States Trustee,     1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
518308547       E-mail/Text: bankruptcy@pepcoholdings.com Apr 15 2020 01:32:23
                 Atlantic City Electric Company,    Mail Stop 84CP42,    5 Collins Dr Ste 2133,
                 Carneys Point, NJ 08069-3600
518308548       E-mail/Text: bankruptcy@bbandt.com Apr 15 2020 01:32:18      BB&T,   PO Box 1847,
                 Wilson, NC 27894
518308549       E-mail/Text: EBN_Greensburg@Receivemorermp.com Apr 15 2020 01:34:48
                 Berks Credit and Collections,    900 Corporate Dr,    Reading, PA 19605-3340
518308550       E-mail/Text: clientrep@capitalcollects.com Apr 15 2020 01:34:41      Capital Collections,
                 PO Box 150,    West Berlin, NJ 08091-0150
518334144      +EDI: AIS.COM Apr 15 2020 04:33:00      Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,
                 Oklahoma City, OK 73118-7901
518308551       EDI: CAPITALONE.COM Apr 15 2020 04:28:00      Capital One Bank USA,    PO Box 30281,
                 Salt Lake City, UT 84130-0281
518385256      +E-mail/Text: mediamanagers@clientservices.com Apr 15 2020 01:31:37      Client Services,
                 3451 Harry S Truman Blvd,    Saint Charles, MO 63301-9816
518308553      +E-mail/Text: ering@cbhv.com Apr 15 2020 01:32:58      Collection Bureau of the Hudson Valley,
                 155 N Plank Rd,    Newburgh, NY 12550-1748
518308554       EDI: DISCOVER.COM Apr 15 2020 04:28:00      Discover Financial,    PO Box 15316,
                 Wilmington, DE 19850-5316
518319295       EDI: DISCOVER.COM Apr 15 2020 04:28:00      Discover Bank,    Discover Products Inc,
                 PO Box 3025,    New Albany, OH 43054-3025
518308557       EDI: IIC9.COM Apr 15 2020 04:33:00      I C Systems Collections,    PO Box 64378,
                 Saint Paul, MN 55164-0378
```

```
District/off: 0312-1           User: admin              Page 2 of 2             Date Rcvd: Apr 14, 2020
                               Form ID: 148             Total Noticed: 54
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
518308558         E-mail/Text: bncnotices@becket-lee.com Apr 15 2020 01:32:02      Kohls,   PO Box 3115,
                   Milwaukee, WI 53201-3115
518308562         EDI: PRA.COM Apr 15 2020 04:28:00      Portfolio Recovery Associates LLC,
                   120 Corporate Blvd Ste 100,   Norfolk, VA 23502-4962
518308561         EDI: RMSC.COM Apr 15 2020 04:28:00      PayPal Credit,   PO Box 71202,
                   Charlotte, NC 28272-1202
518356783         EDI: RMCB.COM Apr 15 2020 04:28:00      Retrieval Masters Credit Bureau,
                   4 Westchester Plz Ste 110,   Elmsford, NY 10523-1615
518324340        +EDI: RMSC.COM Apr 15 2020 04:28:00      Synchrony Bank,   c/o of PRA Receivables Management, LLC,
                   PO Box 41021,   Norfolk, VA 23541-1021
518308571         E-mail/Text: tax@waterfordtwp.org Apr 15 2020 01:34:03      Township of Waterford,
                   2131 Auburn Ave,   Atco, NJ 08004-1900
518414961        +EDI: AIS.COM Apr 15 2020 04:33:00      Verizon,   by American InfoSource as agent,
                   4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
518308573         EDI: VERIZONCOMB.COM Apr 15 2020 04:28:00      Verizon Wireless,   PO Box 650051,
                   Dallas, TX 75265-0051
518328330        +E-mail/Text: tax@waterfordtwp.org Apr 15 2020 01:34:03      Waterford Township Utility,
                   2131 Auburn Avenue,   Atco, NJ 08004-1995
                                                                                              TOTAL: 22

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 16, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 14, 2020 at the address(es) listed below:

```
              Denise E. Carlon    on behalf of Creditor    Specialized Loan Servicing LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
              Jennifer R. Gorchow    on behalf of Trustee Isabel C. Balboa jgorchow@standingtrustee.com
              Moshe   Rothenberg    on behalf of Joint Debtor Michelle C Stanton moshe@mosherothenberg.com,
               alyson@mosherothenberg.com;ajohn880@gmail.com
              Moshe   Rothenberg    on behalf of Debtor Michael D Stanton moshe@mosherothenberg.com,
               alyson@mosherothenberg.com;ajohn880@gmail.com
              Rebecca Ann Solarz    on behalf of Creditor    Specialized Loan Servicing LLC
               rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 7
```